# LAWLOR & ENGLERT, LLC

*Attorneys at Law*

---

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

SICILIA C. ENGLERT
englert@lawlor-englert.com

GWENDOLYN R. WATERS
gwaters@lawlor-englert.com

NICHOLAS G. MADIOU
ngmadiou@lawlor-englert.com

January 16, 2014

The Honorable Roger W. Titus
United States District Judge
United States District Court for
 the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770


Re:   *United States v. Lamont A. Toyer*
      Case No. 07-0513-RWT

Dear Judge Titus:

    A Motion to Vacate, pursuant to 28 U.S.C. § 2255, was filed on July 11, 2012. Mr. Toyer filed a Memorandum of Law to supplement his Motion on December 4, 2012; February 7, 2013 and on July 24, 2013. The Government's response is due on February 12, 2014.

    The undersigned and counsel for the Government, now represented by AUSA Adam Ake, have agreed to settle this matter. On August 29, 2008, Mr. Toyer was sentenced to 210 months' incarceration as a result of three prior convictions that were found to be predicate offenses for purposes of the Armed Career Criminal Act (ACCA). One of those predicate offenses was a 2004 conviction of second degree assault in Prince George's County, Maryland. Whether that conviction qualified as an ACCA predicate offense was disputed at sentencing and litigated on appeal. Since Mr. Toyer's appeal was decided, however, the Fourth Circuit issued *United States v. Royal*, 731 F.3d 333 (4th Cir. 2013), which held that a conviction for second degree assault in Maryland cannot qualify as a crime of violence under the "force clause" of 18 U.S.C. § 924(e)(2)(B)(i).

    For reasons specific to Mr. Toyer's case, the United States agrees that, after *Royal*, he should no longer be considered an Armed Career Criminal and should be resentenced pursuant to 28 U.S.C. § 2255. Mr. Toyer's guideline range with the ACCA classification was 210-262 months based on an offense level of 32 and criminal history VI. Without the ACCA classification, the Pre-Sentence Report (PSR) calculated Mr. Toyer's base offense level to be 24 and his criminal history category to be IV, which produce a guideline range of 77-96 months.

      The parties have agreed that a mid-guideline range sentence of 84 months' incarceration is an appropriate disposition in this case and jointly recommend that the Court resentence him to 84 months' incarceration with credit given for time served.

      Mr. Toyer also waives personal presence at the resentencing proceeding in order to expedite this matter, should the Court be willing to proceed without him at the hearing.

      Please contact the undersigned should further information be needed.

                                           Sincerely,

                                           Michael E. Lawlor

cc:    AUSA Adam Ake